UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY L. WILSON,

          Plaintiff,

   v.

JOSEPH LEHMAN,

          Defendant.

Case No. C04-5811RJB

ORDER

    This matter comes before the court on plaintiff's *Motion for extension of time to respond to R & R Dkt. 17*. Dkt. 18. The court has considered the relevant documents and the file herein.

    On May 27, 2005, U.S. Magistrate Judge J. Kelley Arnold issued a Report and Recommendation, noted for this court's consideration on June 24, 2005, which recommends dismissing plaintiff's case with prejudice. Dkt. 17. On June 7, 2005, Plaintiff requested additional time to respond to this Report and Recommendation. Dkt. 18. Plaintiff should be given an additional time to respond. Therefore, it is hereby

    **ORDERED** that plaintiff's *Motion for extension of time to respond to R & R Dkt. 17* (Dkt. 18) is **GRANTED**. Any objections to the Report and Recommendation plaintiff chooses to file are due on June 28, 2005. The Report and Recommendation is **RENOTED** for July 1, 2005.

    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

    DATED this 20th day of June, 2005.

                                Robert J. Bryan
                                U.S. District Judge

ORDER
Page - 1